UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

05 10340 JLT

| | |
|---|---|
| EDENS & AVANT, INC. and E&A NORTHEAST LIMITED PARTNERSHIP, | |
| Plaintiffs, | CIVIL ACTION |
| v. | NO. |
| SINGLE SOURCE ROOFING CORP. | |
| Defendant. | |

## PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 7.3(A)

Pursuant to District of Massachusetts Local Rule 7.3(A), Plaintiffs, Edens & Avant, Inc. and E&A Northeast Limited Partnership, state that neither has a parent corporation nor does any publicly held company own ten percent (10%) or more of their stock.

By their attorneys

Leonard H. Freiman (BBO #560233)
lfreiman@goulstonstorrs.com
Elizabeth M. Bloom (BBO #650583)
ebloom@goulstonstorrs.com
GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, Massachusetts 02110-3333
(617) 482-1776

OF COUNSEL:

Steven B. Silverman, Esquire
Christopher W. Cahillane, Esquire
TUCKER ARENSBERG, P.C.
1500 One PPG Place
Pittsburgh, PA  15222
(412) 566-1212

Dated: February 22, 2005