AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

EDENS & AVANT, INC. and E&A NORTHEAST
LIMITED PARTNERSHIP

V.

SINGLE SOURCE ROOFING CORP.

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

**05 10340 JLT**

TO: (Name and address of Defendant)

SINGLE SOURCE ROOFING CORP.
1200 McKEE AVENUE
McKEE ROCKS, PA  15136

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

LEONARD H. FREIMAN
GOULSTON & STORRS, P.C.
400 ATLANTIC AVENUE
BOSTON, MA  02110-3333

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

February 22, 2005

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 2/24/05 |
| NAME OF SERVER (PRINT) Paul A. Schlosser | TITLE PA State Constable |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

■ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
    Name of person with whom the summons and complaint were left: Carol Misner, Employee at 1200 McKee Street, McKees Rocks, PA 15136

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL 16 mi. @ .405 per mi.  $6.48 | SERVICES $25.00 | TOTAL $31.48 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2-24-05           *Paul A. Schlosser*
             Date              Signature of Server

                               105 Oak Avenue, Pgh., PA 15209
                               Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.