UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDENS & AVANT, INC. and E&A NORTHEAST LIMITED PARTNERSHIP, ) ) ) | |
| Plaintiffs ) ) | CIVIL ACTION NO. 05-10340 JLT |
| v. ) ) | |
| SINGLESOURCE ROOFING CORP., ) ) | |
| Defendant ) | |

**SINGLESOURCE ROOFING CORP.'S ASSENTED TO MOTION TO ENLARGE THE TIME TO RESPOND TO THE PLAINTIFFS' COMPLAINT**

The defendant, SingleSource Roofing Corp. (SingleSource Roofing), moves with the assent of the plaintiffs to enlarge the time for SingleSource Roofing to answer or otherwise respond to the plaintiffs' Complaint to a date up to and including April 15, 2005. As grounds for its motion, SingleSource Roofing states that it requires this modest additional time to further investigate the allegations in the plaintiffs' Complaint. The plaintiffs have assented to this motion.

Accordingly, SingleSource Roofing requests that the court enter an order enlarging the time for SingleSource Roofing to answer or otherwise respond to the plaintiffs' Complaint to a date up to and including April 15, 2005.

Dated: March 31, 2005

                                              SINGLESOURCE ROOFING CORP.

                                              James M. Campbell
                                              Michelle I. Schaffer
                                              Campbell Campbell Edwards & Conroy, P.C
                                              One Constitution Plaza
                                              Boston, MA 02129

## CERTIFICATE OF SERVICE

I, Michelle I. Schaffer, certify that on March 31, 2005 a true copy of the above was sent by first class mail to:

| | |
|---|---|
| Leonard H. Freiman | Christopher W. Cahillane |
| Goulston & Storrs, P.C. | Tucker Arensberg |
| 400 Atlantic Avenue | 1500 One PPG Place |
| Boston, MA 02110-3333 | Pittsburg, PA 15222 |

                                              Michelle I. Schaffer