UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDENS & AVANT, INC. and E&A NORTHEAST LIMITED PARTNERSHIP,<br><br>Plaintiffs,<br><br>v.<br><br>SINGLE SOURCE ROOFING CORP.<br><br>Defendants. | CIVIL ACTION<br>NO. 05-10340 JLT |

## ASSENTED TO MOTION FOR ADMISSION
## PRO HAC VICE OF CHRISTOPHER W. CAHILLANE

Pursuant to Rule 83.5.3 of this Court's rules, Elizabeth M. Bloom, an attorney for Plaintiffs Edens & Avant, Inc. and E&A Northeast Limited Partnership, hereby moves for the admission pro hac vice of Christopher W. Cahillane. As required by Rule 83.5.3, attached hereto in support of this motion is a certificate signed by Mr. Cahillane attesting to the fact that he is a member of the bar in good standing in every jurisdiction where he has been admitted to practice, that there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction and that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

The undersigned attorneys hereby certify that they are members of the bar of this Court.

Leonard H. Freiman (BBO #560233)
Elizabeth M. Bloom (BBO#650583)
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA 02110-3333
(617) 482-1776

Dated: April 11, 2005

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I hereby certify that I have spoken to counsel for all parties who have appeared in this action and that such parties assent to this motion.

*Elizabeth M. Bloom*
Elizabeth M. Bloom

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EDENS & AVANT, INC. and E&A )
NORTHEAST LIMITED PARTNERSHIP, )
)
Plaintiffs, )
)
v. )  CIVIL ACTION
)  NO. 05-10340 JLT
SINGLE SOURCE ROOFING CORP. )
)
Defendants. )

## LOCAL RULE 83.5.3(b) CERTIFICATE

Christopher W. Cahillane, being duly sworn, hereby certifies as follows:

1. I am a member of the Bars of Pennsylvania, the United States District Courts for the Western and Middle Districts of Pennsylvania, and the United States Court of Appeals for the Third Circuit;

2. I am a member in good standing in every jurisdiction where I am admitted to practice;

3. There are no disciplinary proceedings pending against me in any jurisdiction; and

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under the penalties of perjury that the foregoing is true and correct.

Christopher W. Cahillane

04·11·05

GSDOCS-1420616-1