UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDENS & AVANT, INC. and E&A NORTHEAST LIMITED PARTNERSHIP,<br><br>    Plaintiffs<br><br>v.<br><br>SINGLESOURCE ROOFING CORPORATION<br><br>    Defendant | )<br>)<br>)<br>) CIVIL ACTION<br>) NO. 05-10340 JLT<br>)<br>)<br>)<br>)<br>) |

### SINGLESOURCE ROOFING CORPORATION'S DISCLOSURE STATEMENT

Now comes the defendant, SingleSource Roofing Corporation ("SingleSource") and states that it has no parent corporations and that there are no publicly held companies that own

10% or more of its stock.

Dated: April 15, 2005

> SINGLESOURCE ROOFING CORPORATION
>
> By Its Attorneys,
>
> CAMPBELL CAMPBELL EDWARDS & CONROY, P.C.
>
> _____
> James M. Campbell (BBO# 541882)
> Michelle I. Schaffer (BBO# 552383)
> One Constitution Plaza
> Boston, MA 02129
> (617) 241-3000

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon counsel for all parties by mail on April 15, 2005.

Leonard H. Freiman
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA 02110-3333

Christopher W. Cahillane
Tucker Arensberg
1500 One PPG Place
Pittsburg, PA 15222

Steven B. Silverman
Tucker Arensberg
1500 One PPG Place
Pittsburg, PA 15222

_____
Michelle I. Schaffer

2