UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDENS & AVANT, INC. and E&A NORTHEAST LIMITED PARTNERSHIP,  )<br>)<br>) | |
| Plaintiffs  ) | CIVIL ACTION |
| ) | NO. 05-10340 JLT |
| v.  ) | |
| ) | |
| SINGLESOURCE ROOFING CORP.,  ) | |
| ) | |
| Defendant  ) | |

**THE PARTIES' JOINT MOTION TO CONTINUE THE DATE OF THE SCHEDULING CONFERENCE**

The Parties to this action move jointly to continue the date of the scheduling conference from August 3, 2005 to any of the following dates: August 30, 31, September 7 or September 8, 2005.

As grounds for their motion, the parties state that this case was scheduled for a pretrial conference on July 20, 2005. They recently received notice that the court had moved the scheduling conference to August 3, 2005. Because counsel for SingleSource Roofing Corporation has longstanding vacation plans and will be out of state on that date, the parties request that the court continue the date of the scheduling conference to one of the following dates which is agreeable to all parties: August 30, 31, September 7 or September 8, 2005.

All parties agree to this modest continuance and no prejudice will result.

For the foregoing reasons, the parties jointly request that the court move the date

of the scheduling conference from August 3, 2005 to any of the following dates: August 30, 31, September 7 and September 8, 2005.

    SINGLESOURCE ROOFING CORPORATION

    By Its Attorneys

    CAMPBELL CAMPBELL EDWARDS & CONROY, P.C.

    _____
    James M. Campbell (BBO# 541882)
    Michelle I. Schaffer (BBO# 552383)
    One Constitution Plaza
    Boston, MA 02129
    (617) 241-3000


EDENS & AVANT, INC.
and E&A NORTHEAST LIMITED PARTNERSHIP


By its Attorneys

Leonard H. Freiman
Elizabeth M. Bloom
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA 02110-3333

By: _Steven B. Silverman (MIS)_
Steven B. Silverman
Christopher W. Cahillane
Tucker Arensberg
1500 One PPG Place
Pittsburg, PA 15222

## CERTIFICATE OF SERVICE

    I, Michelle I. Schaffer, do hereby certify that I served a copy of the within document to all parties of record on July 15, 2005.

                      _____
                      Michelle I. Schaffer