UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDENS & AVANT, INC. and E&A NORTHEAST LIMITED PARTNERSHIP,<br><br>           Plaintiffs<br><br>v.<br><br>SINGLESOURCE ROOFING CORP.,<br><br>           Defendant | CIVIL ACTION<br>NO. 05-10340 JLT |

**THE PARTIES' JOINT STATEMENT**

Pursuant to the court's Notice of Scheduling Conference, the Parties submit the following Joint Statement:

1. **The Parties Proposed Pretrial Schedule:**

The Parties request that the court enter the following pretrial schedule in this matter:

    a.    All fact discovery will be completed by January 31, 2006.

    b.    Any motions to join additional parties or to amend the pleadings will be filed on or before October 20, 2005 or by leave of court thereafter.

    c.    Plaintiffs will designate all trial experts and provide opposing counsel with reports from trial experts pursuant to Fed. R. Civ. P. 26(a)(2) by December 30, 2005. Depositions of such experts will be completed by February 28, 2006.

    d.    Defendant will designate all trial experts and provide opposing counsel with reports from trial experts pursuant to Fed. R. Civ. P. 26(a)(2) by

January 31, 2006. Depositions of such experts will be completed by March 30, 2006.

e. All discovery will be completed by March 30, 2006.

f. Dispositive motions will be filed on or before April 30, 2006.

2. **Trial by Magistrate Judge**

At this time, the parties do not consent to trial by magistrate judge.

3. **Certifications of Conferring**

Certifications signed by counsel and an authorized representative of each party affirming that each party and that party's counsel have conferred about litigation costs

and alternative dispute resolution will be filed by each Party under separate cover.

SINGLESOURCE ROOFING CORPORATION

By Its Attorneys

CAMPBELL CAMPBELL EDWARDS & CONROY, P.C.

_____
James M. Campbell (BBO# 541882)
Michelle I. Schaffer (BBO# 552383)
One Constitution Plaza
Boston, MA  02129
(617) 241-3000


EDENS & AVANT, INC.

By its Attorneys

_____
Leonard H. Freiman
Elizabeth M. Bloom
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA 02110-3333

By: _____
Steven B. Silverman
Christopher W. Cahillane
Tucker Arensberg
1500 One PPG Place
Pittsburg, PA 15222


## CERTIFICATE OF SERVICE

I, Michelle I. Schaffer, do hereby certify that I served a copy of the within document to all parties of record on August 10, 2005.

_____
Michelle I. Schaffer

3