UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDENS & AVANT, INC. and E&A NORTHEAST LIMITED PARTNERSHIP, )<br>)<br>)<br>Plaintiffs )<br>)<br>v. )<br>)<br>SINGLESOURCE ROOFING CORP., )<br>)<br>Defendant ) | CIVIL ACTION<br>NO. 05-10340 JLT |

## **SINGLESOURCE ROOFING CORPORATION'S CERTIFICATION**

SingleSource Roofing Corporation and its counsel hereby affirm that they have conferred with a view to establishing a budget for the costs of conducting the full course and various alternative courses of the litigation and have conferred to consider the

resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

SINGLESOURCE ROOFING CORPORATION

By Its Attorneys

CAMPBELL CAMPBELL EDWARDS & CONROY, P.C.

_____
James M. Campbell (BBO# 541882)
Michelle I. Schaffer (BBO# 552383)
One Constitution Plaza
Boston, MA 02129
(617) 241-3000

By its Authorized Representative

_____
Melio Shergi
SingleSource Roofing Corporation

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon counsel for all parties by mail on ~~July~~ August 25, 2005

Leonard H. Freiman
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA 02110-3333

Christopher W. Cahillane
Tucker Arensberg
1500 One PPG Place
Pittsburg, PA 15222

Steven B. Silverman
Tucker Arensberg
1500 One PPG Place
Pittsburg, PA 15222

_____
Michelle I. Schaffer