UNITED STATES DISTRICT COURT - DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDENS & AVANT, INC. and E&A NORTHEAST LIMITED PARTNERSHIP, <br><br> Plaintiffs, <br><br> v. <br><br> SINGLE SOURCE ROOFING CORP., <br><br> Defendants. | CIVIL ACTION NO: 05 - 10340 JLT |

### PLAINTIFFS' CERTIFICATION

Plaintiffs Edens & Avant, Inc. and E&A Northeast Limited Partnership and its counsel hereby affirm that they have conferred with a view to establishing a budget for the costs of conducting the full course and various alternative courses of the litigation and have conferred to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

EDENS & AVANT, INC. and E&A
NORTHEAST LIMITED PARTNERSHIP

By Its Attorneys

By: _____
Leonard H. Freiman (BBO #560233)
~~Elizabeth M. Bloom (BBO #650583)~~ /LHF
GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, Massachusetts 02110-3333
(617) 482-1776

**TUCKER ARENSBERG, P.C.**
Steven B. Silverman, Esquire
Pa. I.D. #56829
Christopher W. Cahillane, Esquire
Pa. I.D. #75977
TUCKER ARENSBERG, P.C.
1500 One PPG Place
Pittsburgh, PA 15222
(412) 566-1212

By Their Authorized Representative

_____
Glen Graubart, Property Manager
Edens & Avant and E&A
Northeast Limited Partnership

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of Plaintiffs' Certification was served this ____1st____ day of September 2005, upon all parties, addressed as follows:

                Michelle Schaffer, Esquire
        Campbell, Campbell, Edwards & Conroy
         One Constitution Plaza  -  Third Floor
                  Boston, MA  02129
(Via E-Mail: mschaffer@campbell-trial-lawyers.com

_____
Leonard H. Freiman

LIT:369846-1 021611-118986