## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____
                                                          )
EDENS & AVANT, INC. and E&A              )
NORTHEAST LIMITED PARTNERSHIP, )
                                                          )
        Plaintiffs,                          )    Civil Action No.05-10340 JLT
v.                                                       )
                                                          )
SINGLESOURCE ROOFING CORP.,        )
                                                          )
        Defendant.                          )
_____)

## WITHDRAWAL OF APPEARANCE

Please note the withdrawal of appearance of Elizabeth Bloom of Goulston & Storrs, P.C. as attorney Bloom is no longer affiliated with Goulston & Storrs. Leonard H. Freiman of Goulston & Storrs, P.C. will remain as co-counsel in this matter.

        /s/Leonard H Freiman
        _____
        Leonard H. Freiman (BBO #560233)
        Goulston & Storrs, P.C.
        400 Atlantic Avenue
        Boston, MA  02110-3333
        (617) 482-1776
        lfreiman@goulstonstorrs.com

Dated:  September 7, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of September, 2005 I served the foregoing Withdrawal of Appearance by by causing copies thereof to be forwarded in the manner indicated below to:

**(via first class mail)**

Michelle Schaffer, Esq.
Campbell, Campbell, Edward & Conroy
One Constitution Plaza - Third Floor
Boston, MA  02129

        /s/ Leonard H. Freiman
        _____

1