**CAMPBELL CAMPBELL EDWARDS & CONROY**
PROFESSIONAL CORPORATION

ONE CONSTITUTION PLAZA
THIRD FLOOR
BOSTON, MA 02129
TEL: (617) 241 3000
FAX: (617) 241 5115

**MICHELLE I. SCHAFFER**
(617)241-3102
mschaffer@campbell-trial-lawyers.com

September 28, 2005

VIA ELECTRONIC FILING

Attn: Ms. Zita Lovett
Courtroom Clerk for Judge Tauro
United States District Court
One Courthouse Way
Boston, MA 02210

Re: Edens & Avant, Inc., et al. vs. SingleSource Roofing Corp.
United States District Court, Civil Action No.: 05-10340 JLT

Dear Ms. Lovett:

This letter is sent pursuant to the Court's order of September 7, 2005, providing SingleSource Roofing Corporation's report concerning the status of settlement discussions.

SingleSource had requested a settlement meeting with the plaintiff for the purposes of exploring whether the case can be resolved before the parties commit substantial financial resources to litigation. SingleSource proposed that the parties have present at such a meeting representatives of the parties with decision-making authority, their technical consultants and counsel. Despite this request for a settlement meeting, to date, the parties have been unable to reach an agreement to hold such a meeting.

SingleSource remains amenable to discussing settlement in the context of the court's nonbinding mediation program or in some other forum. We are certainly willing to discuss available options with opposing counsel and the court.

Thank you.

Very truly yours,

Michelle I. Schaffer

MIS:ljb
cc: James M. Campbell, Esquire
    Steven B. Silverman, Esquire (via facsimile and first class mail)
    Leonard H. Freiman, Esquire (via facsimile and first class mail)