

# TUCKER | ARENSBERG
Attorneys

Christopher W. Cahillane    412.594.5 12
ccahillane@tuckerlaw.com

September 28, 2005

**VIA FACSIMILE (617) 748-9096**

The Honorable Joseph L. Tauro
United States District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

    Re:    Edens & Avant, Inc., et al. v. Single Source Roofing Corp.
             U.S. District Court, District of Massachusetts
             Case No. 05-10340 JLT

Dear Judge Tauro:

This law firm represents the Plaintiffs, Edens & Avant, Inc. and E&A Northeast Lim e
Partnership, in the above-referenced matter. Pursuant to the Court's order of Septem
7, 2005, we are advising the Court that the parties have not been able to resolve 1
matter and are ready to commence discovery. Should the Court have any furt
questions about the status of this matter, please let us know.

Very truly yours,

Christopher W. Cahillane

CWC:ce
cc:    Michelle Schaffer, Esquire (via facsimile and regular mail)
       Glen Graubart, CSM, Property Manager (via e-mail)
       Leonard H. Freiman, Esquire (via e-mail)
       Steven B. Silverman, Esquire (via e-mail)

LIT:372561-1 021611-118986