UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDENS & AVANT, INC. and E&A NORTHEAST LIMITED PARTNERSHIP,<br><br>        Plaintiffs<br><br>v.<br><br>SINGLESOURCE ROOFING CORP.,<br><br>        Defendant | CIVIL ACTION<br>NO. 05-10340 JLT |

SINGLESOURCE ROOFING CORPORATION'S MOTION (UNOPPOSED)
FOR LEAVE TO FILE A THIRD-PARTY COMPLAINT

SingleSource Roofing Corporation (SingleSource) moves, without opposition, pursuant to Fed. R. Civ. P. 14(a) for entry of an order permitting it leave to file a Third-Party Complaint against Eagle Rivet Roof Services Corporation (Eagle Rivet).[1]  A copy of the proposed Third-Party Complaint is attached hereto as Exhibit 1.

As grounds for its motion, SingleSource states, as more fully set forth in its supporting memorandum, that this case concerns roofs installed by SingleSource in March – May 1999 at the plaintiffs' buildings, known as Acton Plaza I and II (the Buildings).  In their Complaint, the plaintiffs allege that the Buildings began to experience significant and persistent leaks in late 2003 as result of tears in the roof membranes at corners of many of the fasteners used to hold the roofs in place.  The plaintiffs allege that as a result of the tears, the roofs need to be completely removed and

---

[1] In a conference held pursuant to L.R. 7.1 between counsel for the parties, counsel for the plaintiffs indicated that they would not be filing an opposition to this motion.

replaced. The plaintiffs allege that SingleSource failed properly to manufacture, design, specify, install and repair the roofs so that they would not leak. SingleSource denies the plaintiffs' allegations.

In December of 2003, at or around the time that the plaintiffs claim to have experienced the roof leaks, Eagle Rivet had been hired and were on the plaintiffs' property to remove snow, ice and/or water from the roofs of the Buildings. The tears in the roofs at the fasteners as alleged by the plaintiffs, if present, were caused by the work of Eagle Rivet in its removal of snow, ice and/or water from the roofs. Eagle Rivet, thus, is a joint tortfeasor pursuant to Massachusetts General Laws, Chapter 231B, §1 for its negligence in damaging the roofs. Accordingly, SingleSource has a right of action against Eagle Rivet for contribution in the event the plaintiffs should receive any judgment against SingleSource for damages caused by Eagle Rivet's negligence.

Rule 14 permits SingleSource to bring a third-party action against Eagle Rivet for contribution in the present action. Allowing SingleSource to bring a third-party claim against Eagle Rivet in this action will serve judicial economy without causing undue delay or prejudice to any party. The plaintiffs do not oppose this motion.

Accordingly, SingleSource respectfully requests that this Court allow its motion

to file a third-party complaint against Eagle Rivet.

                              SINGLESOURCE ROOFING CORPORATION

                              By Its Attorneys

                              CAMPBELL CAMPBELL EDWARDS &

                              CONROY, P.C.

                              _____
                              James M. Campbell (BBO# 541882)
                              Michelle I. Schaffer (BBO# 552383)
                              One Constitution Plaza
                              Boston, MA  02129
                              (617) 241-3000

## CERTIFICATE OF L.R. 7.1 (c) CONFERENCE

     Pursuant to L.R. 7.1 (c), I, Michelle I. Schaffer, attorney for the defendant SingleSource Roofing Corporation hereby certify that I have conferred with Christopher W. Cahillane, counsel for the plaintiffs, by telephone on November 3, 2005, and plaintiffs' counsel informed me that the plaintiffs do not have any opposition to the instant motion.

                                                    _____
                                                    Michelle I. Schaffer

## CERTIFICATE OF SERVICE

     I hereby certify that a true copy of the above document was served upon counsel for all parties by mail on November 9, 2005.

Leonard H. Freiman
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA 02110-3333

Steven B. Silverman
Christopher W. Cahillane
Tucker Arensberg
1500 One PPG Place
Pittsburg, PA 15222

                                                    _____
                                                    Michelle I. Schaffer

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDENS & AVANT, INC. and E&A NORTHEAST LIMITED PARTNERSHIP,<br><br>　　　　Plaintiffs<br><br>v.<br><br>SINGLESOURCE ROOFING CORP.,<br><br>　　　　Defendant/Third-Party Plaintiff<br><br>v.<br><br>EAGLE RIVET ROOF SERVICE CORPORATION<br><br>　　　　Third-Party Defendants | CIVIL ACTION<br>NO. 05-10340 JLT |

**THIRD-PARTY COMPLAINT AND JURY DEMAND**

**PARTIES**

1.　Plaintiff Edens & Avant, Inc. ("Edens & Avant") is a corporation organized and existing under the laws of the State of South Carolina with a principal place of business at 21 Custom House Street, Suite 450, Boston, Suffolk County, Massachusetts 02110.

2.　Plaintiff, E&A Northeast Limited Partnership ("E&A") is a limited partnership organized and existing under the laws of the State of Delaware with a principal place of business at 21 Custom House Street, Suite 450, Boston, Suffolk County Massachusetts 02110.

3.　Defendant and Third-Party Plaintiff SingleSource Roofing Corporation ("SingleSource") is a corporation organized and existing under the laws of the

Commonwealth of Pennsylvania with a principal place of business at 1200 McKee Avenue, McKees Rocks, Allegheny County, Pennsylvania 15136.

4.  The Third-Party Defendant Eagle Rivet Roof Service Corporation ("Eagle Rivet") is a corporation organized and existing under the laws of Massachusetts with a principal place of business at 61 Longhill Drive, Somers, CT 06071.

## COUNT I-CONTRIBUTION

5.  SingleSource repeats and realleges the allegations contained in paragraphs 1-4.

6.  Edens and Avant and E&A filed a Complaint against SingleSource asserting claims of breach of contract, breach of express warranty, breach of implied warranty of merchantability under G.L. c.106, § 2-314, breach of implied warranty of fitness for a particular purpose under G.L. c. 106, § 2-315, negligence, fraud and G.L. c. 93A, § 11 relating to roofs installed by SingleSource on two buildings known as Acton Plaza I and Acton Plaza II located in Acton, Massachusetts (the Buildings).

7.  Edens and Avant and E&A allege in said Complaint that in late 2003, the Buildings began to experience significant and persistent leaks as a result of a failure in the vicinity of the fasteners used to attach roofing membrane to the Buildings. They allege that the corners of many of the fasteners had punctured the membranes, thereby permitting water to infiltrate the roofing systems.

8.  Edens and Avant and E&A allege in said Complaint that as a result of the failures of the roofs, they will be forced to incur significant damages and expenses related to the repair and/or replacement of the roofing systems on the Buildings and on related structures.

9. In late 2003, Eagle Rivet was hired to remove and/or move snow and/or ice and/or water from the roofs of the Buildings. If there was damage to the roofs as alleged in the plaintiffs' Complaint (which SingleSource denies), said damage was caused by the negligent acts and/or omissions of Eagle Rivet and/or persons for whose conduct Eagle Rivet is responsible.

10. SingleSource, without waiving the denials or affirmative defenses set forth in its Answer, states that if Edens & Avant and/or E&A suffered damages as alleged in their Complaint (which SingleSource denies), SingleSource is entitled to contribution pursuant to Massachusetts General Laws, Chapter 231B, from Eagle Rivet for any judgment entered against SingleSource in favor of the plaintiffs, Edens & Avant and E&A.

WHEREFORE, SingleSource demands contribution from Eagle Rivet for any judgment entered against SingleSource in favor of the plaintiffs, Edens & Avant and E&A.

## JURY DEMAND

SingleSource demands a trial by jury on all issues raised herein.

SINGLESOURCE ROOFING CORPORATION

By Its Attorneys

CAMPBELL CAMPBELL EDWARDS & CONROY, P.C.

_____
James M. Campbell (BBO# 541882)
Michelle I. Schaffer (BBO# 552383)
One Constitution Plaza
Boston, MA  02129
(617) 241-3000