UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| EDENS & AVANT, INC. and E&A NORTHEAST LIMITED PARTNERSHIP, | ) ) ) | |
| Plaintiffs | ) ) | CIVIL ACTION NO. 05-10340 JLT |
| v. | ) ) | |
| SINGLESOURCE ROOFING CORP., | ) ) | |
| Defendant/Third-Party Plaintiff | ) ) ) | |
| v. | ) ) | |
| EAGLE RIVET ROOF SERVICE CORPORATION | ) ) ) | |
| Third-Party Defendants | ) | |

**THIRD-PARTY COMPLAINT AND JURY DEMAND**

**PARTIES**

1. Plaintiff Edens & Avant, Inc. ("Edens & Avant") is a corporation organized and existing under the laws of the State of South Carolina with a principal place of business at 21 Custom House Street, Suite 450, Boston, Suffolk County, Massachusetts 02110.

2. Plaintiff, E&A Northeast Limited Partnership ("E&A") is a limited partnership organized and existing under the laws of the State of Delaware with a principal place of business at 21 Custom House Street, Suite 450, Boston, Suffolk County Massachusetts 02110.

3. Defendant and Third-Party Plaintiff SingleSource Roofing Corporation ("SingleSource") is a corporation organized and existing under the laws of the Commonwealth of Pennsylvania with a principal place of business at 1200 McKee

Avenue, McKees Rocks, Allegheny County, Pennsylvania 15136.

4.     The Third-Party Defendant Eagle Rivet Roof Service Corporation ("Eagle Rivet") is a corporation organized and existing under the laws of Massachusetts with a principal place of business at 61 Longhill Drive, Somers, CT  06071.

## COUNT I-CONTRIBUTION

5.     SingleSource repeats and realleges the allegations contained in paragraphs 1-4.

6.     Edens and Avant and E&A filed a Complaint against SingleSource asserting claims of breach of contract, breach of express warranty, breach of implied warranty of merchantability under G.L. c.106, § 2-314, breach of implied warranty of fitness for a particular purpose under G.L. c. 106, § 2-315, negligence, fraud and G.L. c. 93A, § 11 relating to roofs installed by SingleSource on two buildings known as Acton Plaza I and Acton Plaza II located in Acton, Massachusetts (the Buildings).

7.     Edens and Avant and E&A allege in said Complaint that in late 2003, the Buildings began to experience significant and persistent leaks as a result of a failure in the vicinity of the fasteners used to attach roofing membrane to the Buildings.  They allege that the corners of many of the fasteners had punctured the membranes, thereby permitting water to infiltrate the roofing systems.

8.     Edens and Avant and E&A allege in said Complaint that as a result of the failures of the roofs, they will be forced to incur significant damages and expenses related to the repair and/or replacement of the roofing systems on the Buildings and on related structures.

9.     In late 2003, Eagle Rivet was hired to remove and/or move snow and/or ice and/or water from the roofs of the Buildings.  If there was damage to the roofs as alleged

in the plaintiffs' Complaint (which SingleSource denies), said damage was caused by the negligent acts and/or omissions of Eagle Rivet and/or persons for whose conduct Eagle Rivet is responsible.

10. SingleSource, without waiving the denials or affirmative defenses set forth in its Answer, states that if Edens & Avant and/or E&A suffered damages as alleged in their Complaint (which SingleSource denies), SingleSource is entitled to contribution pursuant to Massachusetts General Laws, Chapter 231B, from Eagle Rivet for any judgment entered against SingleSource in favor of the plaintiffs, Edens & Avant and E&A.

WHEREFORE, SingleSource demands contribution from Eagle Rivet for any judgment entered against SingleSource in favor of the plaintiffs, Edens & Avant and E&A.

## JURY DEMAND

SingleSource demands a trial by jury on all issues raised herein.

SINGLESOURCE ROOFING CORPORATION

By Its Attorneys

CAMPBELL CAMPBELL EDWARDS & CONROY, P.C.

/s/ Michelle I. Schaffer_____
James M. Campbell (BBO# 541882)
Michelle I. Schaffer (BBO# 552383)
One Constitution Plaza
Boston, MA  02129
(617) 241-3000