# United States District Court

_____ DISTRICT OF _____

**PLAINTIFF**
EDENS & AVANT, INC. and E&A
NORTHEAST LIMITED PARTNERSHIP

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

**V. DEFENDANT AND THIRD PARTY PLAINTIFF**
SINGLESOURCE ROOFING CORP.

**CASE NUMBER:**

**05 - 10340 JLT**

**V. THIRD PARTY DEFENDANT**
EAGLE RIVET ROOF SERVICE CORPORATION

TO: (Name and address of Third Party defendant)

Eagle Rivet Roof Service Corp.    1030 New Britain Avenue    (860) 953-1231
                                  West Hartford, CT  06110

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this court and serve upon

| PLAINTIFF'S ATTORNEY (name and address) | DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address) |
|---|---|
| Leonard H. Freiman, Esquire<br>Goulston & Storrs, P.C.<br>400 Atlantic Avenue<br>Boston, MA  02110-3333<br>(617) 482-1776 | Michelle I. Schaffer<br>Campbell Campbell Edwards & Conroy<br>One Constitution Plaza<br>Boston, MA  02129<br>(617) 241-3000 |

an answer to the third-party complaint which is herewith served upon you within 20 days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

SARAH A. THORNTON
**CLERK**

(BY) DEPUTY CLERK

November 23, 2005
**DATE**

AO 441 (Rev. 5/85) Third Party Summons in a Civil Action

## RETURN OF SERVICE

DATE

**Hampden County Sheriff's** • 1170 Main St. • P.O. Box 5005 • Springfield, MA 01101-5005 • (413) 732-5772

Hampden, ss.

December 16, 2005

I hereby certify and return that on 12/16/2005 at 10:25 am I served a true and attested copy of the 3RD PARTY FED SUM., COMPLAINT & JURY DEMAND in this action in the following manner: To wit, by delivering in hand to BRUCE HAMBRO, , agent, person in charge at the time of service for EAGLE RIVET ROOF SERVICE CORPORATION, 34 TENNYSON Drive, LONGMEADOW, MA 01106.Attestation X 1 ($5.00), Conveyance ($1.20), Travel ($2.56), Basic Service Fee ($30.00), Mailing ($1.00) Total Charges $39.76

Deputy Sheriff ROBERT HOFFMAN, JR.

**Deputy Sheriff**

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
            Date

Signature of Server

Address of Server

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.