UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDENS & AVANT, INC. and E&A NORTHEAST LIMITED PARTNERSHIP,<br>    Plaintiffs,<br><br>v.<br><br>SINGLESOURCE ROOFING CORP.,<br>    Defendant/Third-Party Plaintiff,<br><br>v.<br><br>EAGLE RIVET ROOF SERVICE CORPORATION,<br>    Third-Party Defendant. | C. A. No: 05-10340 JLT |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE NAMED COURT:

    Please enter my appearance as attorney for the Third-Party Defendant with reference to the above-captioned action.

                            Respectfully submitted,

                            *S/ Richard E. Brody*
                            Richard E. Brody, BBO#058260
                            BRODY, HARDOON, PERKINS & KESTEN, LLP
                            One Exeter Plaza
                            Boston, MA 02116
                            (617) 880-7100

Dated: January 20, 2006