UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDENS & AVANT, INC. and E&A NORTHEAST LIMITED PARTNERSHIP, <br> Plaintiffs, <br><br> v. <br><br> SINGLESOURCE ROOFING CORP., <br> Defendant/Third-Party Plaintiff, <br><br> v. <br><br> EAGLE RIVET ROOF SERVICE CORPORATION, <br> Third-Party Defendant. | C. A. No: 05-10340 JLT |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter my appearance as attorney for the Third-Party Defendant with reference to the above-captioned action.

Respectfully submitted,

_S/ Peter E. Montgomery_
Peter Montgomery, BBO#632698
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Dated: January 20, 2006