UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EDENS & AVANT, INC. and E&A )
NORTHEAST LIMITED PARTNERSHIP, )
    Plaintiffs, )
)
v. )
)
SINGLESOURCE ROOFING CORP.,  )   C. A. No: 05-10340 JLT
    Defendant/Third-Party Plaintiff, )
)
v. )
)
EAGLE RIVET ROOF SERVICE )
CORPORATION, )
    Third-Party Defendant. )

## AMENDED ANSWER TO THIRD-PARTY COMPLAINT

### PARTIES

    The Third-Party Defendant, Eagle Rivet Roof Service (herein "Third-Party Defendant") hereby answers the Third-Party Complaint paragraph by paragraph as follows.

1.    The Third-Party Defendant lacks sufficient information to determine the truth or falsity of the allegations contained in paragraph one.

2.    The Third-Party Defendant lacks sufficient information to determine the truth or falsity of the allegations contained in paragraph two.

3.    The Third-Party Defendant lacks sufficient information to determine the truth or falsity of the allegations contained in paragraph three.

4.    The Third-Party Defendant admits the principal place of business is 61 Longhill Drive, Somers CT, but denies the remaining allegations contained in paragraph four.

### COUNT I- CONTRIBUTION

5.    The Third-Party Defendant incorporates by reference its answers to paragraphs 1through 4 above.

6.    The Third-Party Defendant lacks sufficient information to determine the truth or falsity of the allegations contained in paragraph six.

7.    The Third-Party Defendant lacks sufficient information to determine the truth or falsity of the allegations contained in paragraph seven.

8.    The Third-Party Defendant lacks sufficient information to determine the truth or falsity of the allegations contained in paragraph eight.

9.    The Third-Party Defendant denies the allegations contained in paragraph nine.

10.   The Third-Party Defendant denies the allegations contained in paragraph ten.

**WHEREFORE**, answering Third-Party Defendant demands that judgment be entered in its favor with interests, fees and costs awarded to it.

### JURY DEMAND

THE THIRD-PARTY DEFENDANT DEMANDS A TRIAL BY JURY ON ALL COUNTS SO TRIABLE.

### AFFIRMATIVE DEFENSES

#### FIRST AFFIRMATIVE DEFENSE

By way of affirmative defense, the Third-Party Defendant says that the action is barred by the applicable statute of limitations.

Respectfully submitted,

The Third-Party Defendant,
EAGLE RIVET ROOF SERVICE CORPORATION,
By its attorneys,

_S/Peter E. Montgomery_
Richard E. Brody, BBO#058260
Peter E. Montgomery, BBO#632698
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza, 12th Floor
Boston, MA 02116
(617) 880-7100

Dated: January 24, 2006