UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDENS & AVANT, INC. and E&A NORTHEAST LIMITED PARTNERSHIP,<br>    Plaintiffs,<br><br>v.<br><br>SINGLESOURCE ROOFING CORP.,<br>    Defendant/Third-Party Plaintiff,<br><br>v.<br><br>EAGLE RIVET ROOF SERVICE CORPORATION,<br>    Third-Party Defendant. | C. A. No: 05-10340 JLT |

### ASSENTED-TO MOTION OF THE THIRD-PARTY DEFENDANT, EAGLE RIVET ROOF SERVICE CORPORATION, TO EXTEND THE DISCOVERY DEADLINE

Now comes Third-party defendant, Eagle Rivet Roof Service Corporation (herein "Eagle Rivet"), and with the assent of all parties, respectfully requests that this Court extend the discovery deadline, which is now set to expire on February 28, 2006 by at least ninety (90) days. As grounds, third-party defendant states that it was only recently added as a party to this action and only answered the Third-Party Complaint on January 20, 2006. Thus, the third-party defendant has only just begun to evaluate the third-party Complaint and to consider the discovery necessary to defending itself.

The original Complaint alleges that the plaintiff contracted with the defendant/third-party plaintiff to replace two large commercial roofs and obtained a twenty-year warranty on that work. The plaintiff alleges that the roofs now leak. The plaintiff alleges that the leaks were caused by the

workmanship done by the defendant on the roofs. The defendant now asserts, as third-party plaintiff, that third-party defendant caused the leaks when it was hired to clear snow from the roofs. The properties at issue are large commercial so-called 'strip malls' and the potential for damages could run in the hundreds of thousands of dollars. Third-party defendant, Eagle Rivet, denies liability.

In order properly to defend itself, Eagle Rivet must discover a considerable amount of information about the design and manufacture of the roof, including the methods and materials used. Eagle Rivet must also discover, presumably from the affected tenants, when the leaking began and from where. Eagle Rivet will likely need to consult with and engage an expert and to inspect the roof. In short, there is a considerable amount of work that Eagle Rivet needs to perform in order to investigate the claims at issue. Without an additional 90 days, or until April 28, 2006, within which to conduct discovery, Eagle Rivet will be severely prejudiced.

WHEREFORE, third-party plaintiff Eagle Rivet respectfully requests (with the assent of all parties) that the discovery deadline in this matter be extended to April 28, 2006.

                                              Respectfully submitted,

                                              The Third-Party Defendant,
                                              EAGLE RIVET ROOF
                                              SERVICE CORPORATION,
                                              By its attorneys,

                                              *S/ Peter E. Montgomery*
                                              Richard E. Brody, BBO#058260
                                              Peter E. Montgomery, BBO#632698
                                              Brody, Hardoon, Perkins & Kesten, LLP
                                              One Exeter Plaza, 12th Floor
                                              Boston, MA 02116
                                              (617) 880-7100

Assented-To:

The Plaintiff
By its attorney,


_____*S/ Steven B. Silverman*_____
Steven B. Silverman, BBO#
Tucker Arensberg, PC
1500 One PPG Place
Pittsburgh, PA 15222
412-566-1212

Assented-To:

Defendant/Third-Party Plaintiff,
By its attorney,


_____*S/ Michelle I. Schaffer*_____
Michelle I. Schaffer, BBO#
Campbell, Campbell, Edwards & Conroy, PC
One Constitution Plaza
Boston, MA 02129
617-241-3000

Dated: January 26, 2006