# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

_____
)
EDENS & AVANT, INC. and E&A )
NORTHEAST LIMITED PARTNERSHIP, )
)
    Plaintiffs, )    CIVIL ACTION
)
v. )    NO. 05-10340 JLT
)
SINGLE SOURCE ROOFING CORP.; )
EAGLE RIVET ROOF SERVICE )
CORPORATION; and J.P. AND SONS )
ROOFING, INC. )
)
    Defendants, )
)
v. )
)
EAGLE RIVET ROOF SERVICE )
CORPORATION )
)
    Third Party Defendant )
_____)

## ASSENTED TO MOTION TO EXTEND DISCOVERY

Plaintiffs, Edens & Avant, Inc. and E&A Northeast Limited Partnership set forth this Assented to Motion to Extend Discovery as follows:

1. Discovery is currently scheduled to end in this matter by April 28, 2006.

2. Plaintiffs file contemporaneously herewith a Motion for Leave to Amend their Complaint, which *inter alia,* seeks to add a party defendant to this action.

3. Assuming that the Court grants leave for the Plaintiffs to amend their Complaint and to add an additional party defendant, the parties will need additional time to conduct discovery related to that additional defendant. This is particularly so since it would be anticipated that there would be an additional passage of time for the additional

party defendant to obtain counsel and for that counsel to be prepared to participate in the discovery process.

4.      Plaintiffs anticipate taking additional depositions of employees of the existing defendants prior to the close of discovery based on discovery already conducted in this action. Rather than risk having to duplicate those depositions if and once an additional party defendant is added to this action, the existing parties have agreed to wait to conduct those depositions until such time as the additional party defendant's counsel is prepared to participate in those depositions.

5.      This Motion has been consented to by all of the parties.

WHEREFORE, Plaintiffs respectfully request that this Motion for Leave to Extend Discovery be granted and that discovery be extended for ninety (90) days beyond the current discovery deadline.

Respectfully submitted,

EDENS & AVANT, INC..

By its attorneys

Leonard H. Freiman (BBO #560233)
GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, Massachusetts 02110-3333
(617) 482-1776

OF COUNSEL:

s/ Christopher W. Cahillane
_____
Steven B. Silverman, Esquire
Christopher W. Cahillane, Esquire
TUCKER ARENSBERG, P.C.
1500 One PPG Place
Pittsburgh, PA  15222
(412) 566-1212

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the within Amended Complaint was served on all parties of record electronically and by United States Mail, first class postage prepaid on the 24th day of April 2006 addressed as follows:

    Peter Montgomery, Esquire
    Brody Hardoon Perkins & Kesten LLP
    One Exeter Plaza, 12th Floor
    Boston, MA 02116

    Michelle Schaffer, Esquire
    Campbell, Campbell, Edwards & Conroy
    One Constitution Plaza  -  Third Floor
    Boston, MA  02129

    s/ Christopher W. Cahillane
    _____
    Christopher W. Cahillane

LIT:389254-1 021611-118986

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

_____
                                                        )
EDENS & AVANT, INC. and E&A            )
NORTHEAST LIMITED PARTNERSHIP, )
                                                        )
      Plaintiffs,                              )         CIVIL ACTION
                                                        )
v.                                                     )         NO. 05-10340 JLT
                                                        )
SINGLE SOURCE ROOFING CORP.;     )
EAGLE RIVET ROOF SERVICE             )
CORPORATION; and J.P. AND SONS    )
ROOFING, INC.                                   )
                                                        )
      Defendants,                            )
                                                        )
v.                                                     )
                                                        )
EAGLE RIVET ROOF SERVICE             )
CORPORATION                                   )
                                                        )
      Third Party Defendant              )
_____)

## LOCAL RULE 7.1 CERTIFICATE

      The undersigned counsel certifies that the parties hereto have conferred concerning the relief requested in this Motion and all parties have consented thereto.


      s/ Christopher W. Cahillane
      _____
      Christopher W. Cahillane