# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDENS & AVANT, INC. and E&A )<br>NORTHEAST LIMITED PARTNERSHIP, )<br> )<br> Plaintiffs, )<br>v. )<br> )<br>SINGLESOURCE ROOFING CORP., )<br> )<br> Defendant. )<br> ) | Civil Action No.05-10340 JLT |

## NOTICE OF APPEARANCE

Please note the appearance of Patrick M. Curran, Jr., of Goulston & Storrs, P.C., as co-counsel in this matter for Plaintiffs Edens & Avant, Inc. and E&A Northeast Limited Partnership.

/s/ Patrick M. Curran, Jr.
Patrick M. Curran, Jr. (BBO# 659322)
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA 02110-3333
tel.: (617) 482-1776
fax: (617) 574-7812
pcurran@goulstonstorrs.com

Dated: May 17, 2006

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all parties of record by United States mail, first class postage prepaid, on this 17th day of May, 2006, addressed as follows:

Peter Montgomery, Esq.
Brody Hardoon Perkins & Kesten LLP
One Exeter Plaza, 12th Floor
Boston, MA  02116

Michelle Schaffer, Esq.
Campbell, Campbell, Edward & Conroy
One Constitution Plaza - Third Floor
Boston, MA  02129

/s/ Patrick M. Curran, Jr.
Patrick M. Curran, Jr. (BBO# 659322)

2