**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| EDENS & AVANT, INC. and E&A NORTHEAST LIMITED PARTNERSHIP, ) ) ) | |
| Plaintiffs, ) ) | CIVIL ACTION |
| v. ) ) | NO. 05-10340 JLT |
| SINGLE SOURCE ROOFING CORP.; EAGLE RIVET ROOF SERVICE CORPORATION; and J.P. AND SONS ROOFING, INC. ) ) ) ) ) | |
| Defendants, ) ) | |
| v. ) ) | |
| EAGLE RIVET ROOF SERVICE CORPORATION ) ) ) | |
| Third Party Defendant. ) | |

**STIPULATION TO DISMISS COUNT VI OF PLAINTIFFS'
AMENDED COMPLAINT**

Plaintiffs, Edens & Avant, Inc. and E&A Northeast Limited Partnership, and Defendant Single Source Roofing Corporation hereby stipulate and agree to the dismissal with prejudice of Count VI of the Plaintiffs' Amended Complaint (entitled "Fraud"). They further stipulate and agree that all other counts in the Amended Complaint are expressly not dismissed and remain.

| | |
|---|---|
| EDENS & AVANT, INC. | SINGLE SOURCE ROOFING CORP. |
| By its attorneys | By its attorneys |

Leonard H. Freiman (BBO #560233)  
GOULSTON & STORRS, P.C.  
400 Atlantic Avenue  
Boston, Massachusetts 02110-3333  
(617) 482-1776  

OF COUNSEL:  

   s/ Christopher W. Cahillane  
Steven B. Silverman, Esquire  
Christopher W. Cahillane, Esquire  
TUCKER ARENSBERG, P.C.  
1500 One PPG Place  
Pittsburgh, PA 15222  
(412) 566-1212  

   s/ Michelle I. Schaffer  
Michelle I. Schaffer (BBO#552383)  
CAMPBELL CAMPBELL EDWARDS &  
   CONROY, P.C.  
One Constitution Plaza  
Boston, Massachusetts 02129  
(617) 241-3000

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the within Stipulation to Dismiss Count VI of Plaintiffs' Amended Complaint was served on all parties of record electronically and by United States Mail, first class postage prepaid on the 30th day of May 2006 addressed as follows:

>Peter Montgomery, Esquire
>Brody Hardoon Perkins & Kesten LLP
>One Exeter Plaza, 12th Floor
>Boston, MA 02116
>
>Michelle Schaffer, Esquire
>Campbell, Campbell, Edwards & Conroy
>One Constitution Plaza  -  Third Floor
>Boston, MA  02129
>
>Philip M. Hirshberg, Esquire
>Morrison Mahoney LLP
>250 Summer Street
>Boston, MA 02210

>    s/ Christopher W. Cahillane
>Steven B. Silverman, Esquire
>Christopher W. Cahillane, Esquire
>TUCKER ARENSBERG, P.C.
>1500 One PPG Place
>Pittsburgh, PA  15222
>(412) 566-1212

LIT:394225-1 021611-118986