AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of ___Massachusetts___

EDENS & AVANT, INC. and E&A
NORTHEAST LIMITED PARTNERSHIP

V.

SINGLE SOURCE ROOFING CORP.;
EAGLE RIVET ROOF SERVICE
CORPORATION; and J.P. AND SONS
ROOFING, INC.

V.

EAGLE RIVET ROOF SERVICE
CORPORATION
        (Third Party Defendant)

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**05 - 10340 JLT**

TO: (Name and address of Defendant)

J.P. and Sons Roofing Inc.
13 Whipple Street
Lowell, MA  01852

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Leonard H. Freiman, Esq.
GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, MA  02110-3333

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                          May 23, 2006
CLERK                                      DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE June 6, 2006 |
| NAME OF SERVER (PRINT) Harold Peters | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): by serving "in-Hand" upon Susan Ponte, Clerk and "Person in-Charge" of business for J.P. and Sons Roofing, Inc. at 18 Gerson Terrace, Lowell, MA.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on June 6, 2006     Harold Peters
            Date              Signature of Server  Harold Peters

92 State Street, Boston, MA 02109
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.