UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| EDENS & AVANT, INC., and E&A NORTHEAST LIMITED PARTNERSHIP,<br>　　　Plaintiffs,<br><br>v.<br><br>SINGLE SOURCE ROOFING CORP.; EAGLE RIVET ROOF SERVICE CORPORATION; and J.P. AND SONS ROOFING, INC.,<br>　　　Defendants.<br><br>v.<br><br>EAGLE RIVET ROOF SERVICE CORPORATION,<br>　　　Third-Party Defendant. | DOCKET NO: 05-10340 JLT |

**ANSWER OF DEFENDANT/DEFENDANT-IN-CROSS-CLAIM,
J.P. AND SONS ROOFING, INC., TO THE
CROSS-CLAIM OF DEFENDANT/PLAINTIFF-IN-CROSS-CLAIM,
<u>SINGLESOURCE ROOFING CORP.</u>**

Now comes the defendant/defendant-in-cross-claim, J.P. and Sons Roofing, Inc. ("J.P. and Sons"), and hereby responds to the cross-claim of defendant/plaintiff-in-cross-claim, SingleSource Roofing Corp., as follows.

<u>**FIRST DEFENSE**</u>

The defendant-in-cross-claim, J.P. and Sons Roofing, Inc. states that the cross-claim of SingleSource Roofing Corp., fails to state a cause of action upon which relief can be granted.

<u>**SECOND DEFENSE**</u>

The defendant-in-cross-claim, J.P. and Sons Roofing, Inc., responds to the cross-claim of SingleSource Roofing Corp., paragraph by paragraph as follows:

1006795v1

## CROSS-CLAIMS AGAINST EAGLE RIVET ROOF SERVICE CORPORATION

## COUNT I - CONTRIBUTION

1. The defendant-in-cross-claim is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

2. The defendant-in-cross-claim is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

3. The defendant-in-cross-claim states that the allegations in plaintiff's Complaint speak for themselves. In the event that allegations of wrongdoing are made against J.P. and Sons, such allegations are expressly denied.

4. The defendant-in-cross-claim states that the allegations in plaintiff's Complaint speak for themselves. In the event that allegations of wrongdoing are made against J.P. and Sons, such allegations are expressly denied.

5. The defendant-in-cross-claim states that the allegations in plaintiff's Complaint speak for themselves. In the event that allegations of wrongdoing are made against J.P. and Sons, such allegations are expressly denied.

6. The defendant-in-cross-claim states that as to the first sentence, it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph. As to the second sentence, the defendant-in-cross-claim denies the allegations contained in this sentence.

7. The allegations contained in this paragraph refer to another party, and therefore no response is required of this defendant.

## CROSS-CLAIMS AGAINST J.P. & SONS ROOFING, INC.

## COUNT I – CONTRIBUTION

1.  The defendant-in-cross-claim admits the allegations contained in this paragraph.

2.  The defendant-in-cross-claim is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

3.  The defendant-in-cross-claim states that the allegations in plaintiff's Complaint speak for themselves.  In the event that allegations of wrongdoing are made against J.P. and Sons, such allegations are expressly denied.

4.  The defendant-in-cross-claim states that the allegations in plaintiff's Complaint speak for themselves.  In the event that allegations of wrongdoing are made against J.P. and Sons, such allegations are expressly denied.

5.  The defendant-in-cross-claim states that the allegations in plaintiff's Complaint speak for themselves.  In the event that allegations of wrongdoing are made against J.P. and Sons, such allegations are expressly denied.

6.  J.P. and Sons admits only that Eagle Rivet requested that it service certain roofs. The defendant-in-cross-claim denies the remaining allegations contained in this paragraph.

7.  The defendant-in-cross-claim denies the allegations contained in this paragraph.

## THIRD DEFENSE

By way of affirmative defense, defendant-in-cross-claim, J.P. and Sons Roofing, Inc., states that if the plaintiffs suffered injuries or damage, as alleged, such injuries or damage were caused by someone for whose conduct defendant-in-cross-claim, J.P. and Sons Roofing, Inc., was not and is not legally responsible.

1006795v1

**FOURTH DEFENSE**

By way of affirmative defense, defendant-in-cross-claim, J.P. and Sons Roofing, Inc., states that the plaintiffs were guilty of contributory negligence and that the damages, if any, recovered by the plaintiffs should be reduced in proportion to the said negligence in accordance with M.G.L., Ch. 231, § 85.

**FIFTH DEFENSE**

By way of affirmative defense, defendant-in-cross-claim, J.P. and Sons Roofing, Inc., states that the negligence of the plaintiffs was greater than the alleged negligence of the defendant(s) and that such negligence contributed to the alleged injury and, therefore, the plaintiffs are barred from recovery under M.G.L., Ch. 231, § 85.

**SIXTH DEFENSE**

By way of affirmative defense, defendant-in-cross-claim, J.P. and Sons Roofing, Inc., states that the injuries or damage alleged were caused in whole or in part by the negligence of other parties.

**SEVENTH DEFENSE**

By way of affirmative defense, Defendant, J.P. and Sons Roofing, Inc., states that the Defendant/Plaintiff-in-Cross-Claim, by its conduct and actions and/or by the conduct and actions of its agents and servants, has waived any and all rights they may have had against Defendant, J.P. and Sons Roofing, Inc., and therefore cannot recover in this action.

**EIGHTH DEFENSE**

Defendant, J.P. and Sons Roofing, Inc., hereby incorporates all Affirmative Defenses as asserted against the Plaintiffs by any other party in this matter, as if fully set forth herein.

**NINTH DEFENSE**

By way of affirmative defense, Defendant, J.P. and Sons Roofing, Inc., states that that within action is barred due to untimely notice of the claim.

### TENTH DEFENSE

By way of affirmative defense, Defendant, J.P. and Sons Roofing, Inc., states that that within action is barred as the Plaintiffs have no right to recovery against the Defendant or the Defendant/Plaintiff-in-Cross-Claim.

### ELEVENTH DEFENSE

By way of affirmative defense, defendant-in-cross-claim, J.P. and Sons Roofing, Inc., states that that within action is barred as there has been a spoliation of material physical evidence, to the prejudice of defendant-in-cross-claim, J.P. and Sons Roofing, Inc.

### TWELFTH DEFENSE

By way of affirmative defense, defendant-in-cross-claim, J.P. and Sons Roofing, Inc., states that the within action is barred by the economic loss doctrine.

**WHEREFORE,** the defendant/defendant-in-cross-claim, J.P. and Sons Roofing, Inc., hereby requests that the cross-claim of defendant/plaintiff-in-cross-claim, be dismissed with prejudice and judgment enter in the favor of the defendant/defendant-in-cross-claim, J.P. and Sons Roofing, Inc., with costs, attorney's fees, and disbursements of this action.

### JURY DEMAND

The Defendant J.P. and Sons Roofing, Inc. hereby demands a Trial by Jury as to all claims triable to a jury.

1006795v1

>Respectfully submitted,
>The defendant/ defendant-in-cross-claim,
>J.P. and Sons Roofing, Inc.,
>By its attorneys,
>
>/s/ *Philip M. Hirshberg*
>_____
>Thomas C. Federico, BBO #160830
>Philip M. Hirshberg, BBO #567234
>MORRISON MAHONEY LLP
>250 Summer Street
>Boston, MA  02210-1181
>(617) 439-7500

## CERTIFICATE OF SERVICE

I hereby certify that this document has been electronically filed, and served upon all counsel of record in compliance with the Fed. R. Civ. P.. this 12th day of June, 2006.

/s/ *Philip M. Hirshberg*
_____
Philip M. Hirshberg

1006795v1