UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| EDENS & AVANT, INC. and E&A NORTHEAST LIMITED PARTNERSHIP,<br>    Plaintiffs,<br><br>v.<br><br>SINGLESOURCE ROOFING CORP.; EAGLE RIVET ROOF SERVICE CORPORATION; and J.P. AND SONS ROOFING, INC.<br>    Defendants.<br><br>v.<br><br>EAGLE RIVET ROOF SERVICE CORPORATION,<br>    Defendant. | C. A. No: 05-10340 JLT |

### DEFENDANT, EAGLE RIVET ROOF SERVICE CORPORATION'S ANSWER TO CROSSCLAIM BY SINGLE SOURCE ROOFING CORP.

The defendant, Eagle Rivet Roof Service Corporation, herein ("Eagle Rivet"), hereby answers the crossclaim by Single Source against Eagle Rivet paragraph by paragraph as follows:

### COUNT 1- CONTRIBUTION

1.   Eagle Rivet admits to the allegations contained in paragraph one of the crossclaim.

2.   Eagle Rivet is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph two of the crossclaim.

3.   Eagle Rivet admits the allegations contained in paragraph three of the cross-claim

4.   Eagle Rivet admits the allegations contained in paragraph four of the cross-claim.

5.   Eagle Rivet admits the allegations contained in paragraph five of the cross-claim.

  6. Eagle Rivet denies the allegations contained in paragraph six of the cross-claim.

  7. Eagle Rivet denies the allegations contained in paragraph seven of the cross-claim.

WHEREFORE, the defendant in cross-claim Eagle Rivet demands that judgment enter in its favor, that the plaintiff in-counter-claim, Single Source Roofing Corporation, take nothing and that Eagle Rivet be awarded costs.

## JURY DEMAND

THE DEFENDANT IN CROSS-CLAIM DEMANDS A TRIAL BY JURY ON ALL COUNTS SO TRIABLE.

       Respectfully submitted,

       The Defendant-in-Cross-claim,
       EAGLE RIVET ROOF SERVICE CORPORATION,
       By its attorneys,

       *S/Peter E. Montgomery*
       Richard E. Brody, BBO#058260
       Peter E. Montgomery, BBO#632698
       Brody, Hardoon, Perkins & Kesten, LLP
       One Exeter Plaza, 12th Floor
       Boston, MA 02116
       (617) 880-7100

Dated: June 16, 2006

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on _e-file on 6-12-06_
*Peter E. Montgomery*