UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**EDENS & AVANT, INC., ET AL**
    Plaintiffs,


    V            CA 05-10340-JLT


**SINGLESOURCE ROOFING CORP.,
ET AL,**
  Defendants.


## SETTLEMENT ORDER OF DISMISSAL

**TAURO, D.J.**

   The court having been advised on July 6, 2006 by counsel for the parties that the above action has been settled:    IT IS ORDERED that this action is hereby dismissed without prejudice to reconsideration and possible re-opening if within **30** days of this order a motion is filed which represents that the terms of the settlement agreement have not been performed and there is good cause for the non-performing party or parties to have failed to perform.


                                Zita Lovett
                                  /s/
                              _____
                              **Deputy Clerk**

July 7, 2006