UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDENS & AVANT, INC. and E&A NORTHEAST LIMITED PARTNERSHIP,<br><br>Plaintiffs,<br><br>v.<br><br>SINGLE SOURCE ROOFING CORP.; EAGLE RIVET ROOF SERVICE CORPORATION; and J.P. AND SONS ROOFING, INC.<br><br>Defendants,<br><br>v.<br><br>EAGLE RIVET ROOF SERVICE CORPORATION<br><br>Third Party Defendant | Civil Action No. 05-10340 JLT |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, all parties to this matter hereby stipulate and agree that this action – including, without limitation, all of the claims, cross claims, and third-party claims asserted by the parties – be dismissed with prejudice and without costs or attorneys' fees awarded to any party, and with all rights of appeal being waived. The parties further stipulate and agree that this Stipulation completely disposes of all claims in the action.

Respectfully submitted,

| EDENS & AVANT, INC. and<br>E&A NORTHEAST, L.P. | SINGLESOURCE ROOFING CORP. |
|---|---|
| By its attorneys, | By its attorneys, |
| /s/ Patrick M. Curran, Jr.<br>Leonard H. Freiman (BBO #560233)<br>Patrick M. Curran, Jr. (BBO #659322)<br>GOULSTON & STORRS, P.C.<br>400 Atlantic Avenue<br>Boston, Massachusetts 02110-3333<br>(617) 482-1776 | /s/ Michelle I. Schaffer<br>James M. Campbell (BBO #541882)<br>Michelle I. Schaffer (BBO #552383)<br>Campbell, Campbell, Edwards & Conroy, P.C.<br>One Constitution Plaza<br>Boston, MA 02129<br>(617) 241-3000 |

OF COUNSEL:

Steven B. Silverman, Esquire
Christopher W. Cahillane, Esquire
TUCKER ARENSBERG, P.C.
1500 One PPG Place
Pittsburgh, PA 15222
(412) 566-1212

| EAGLE RIVET ROOF<br>SERVICE CORPORATION | J.P. & SONS ROOFING, INC. |
|---|---|
| By its attorneys, | By its attorneys, |
| /s/ Peter E. Montgomery<br>Richard E. Brody (BBO #058260)<br>Peter E. Montgomery (BBO #632698)<br>Brody, Hardon, Perkins & Kesten LLP<br>One Exeter Plaza<br>Boston, MA 02116<br>(617) 880-7100 | /s/ Philip M. Hirshberg<br>Philip M. Hirshberg (BBO #567234)<br>Morrison Mahoney LLP<br>250 Summer Street<br>Boston, MA 02210-1181<br>(617) 737-8860 |

Dated: October 26, 2006

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the within Stipulation of Dismissal with Prejudice was served on all parties of record by electronic mail, and by depositing same in the United States Mail, first class postage prepaid, on the 26th day of October, 2006, addressed as follows:

Peter E. Montgomery, Esq.
Richard E. Brody, Esq.
Brody, Hardon, Perkins, & Kesten LLP
One Exeter Plaza, 12th Floor
Boston, MA 02116


James M. Campbell, Esq.
Michelle I. Schaffer, Esq.
Campbell, Campbell, Edwards & Conroy, P.C.
One Constitution Plaza - Third Floor
Boston, MA 02129

Philip M. Hirshberg
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210-1181

/s/ Patrick M. Curran, Jr.
Patrick M. Curran, Jr.